## Commonwealth *v.* McDowell, Appellant.

Before MARSHALL, J., without a jury.

Submitted June 18, 1974. *William K. Sayer* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Paul J. Sullivan*, *David Richman*, *Mark Sendrow*, and *Steven Goldblatt*,

Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.